# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| PLAINTIFF | ) )<br>) |
| v. | ) CIVIL NO. 2:15-CV-193-DBH<br>) |
| OSTERMAN PROPANE, LLC *d/b/a* *Downeast Energy*, | )<br>)<br>)<br>) |
| DEFENDANT | ) |

## ORDER ON DEFENDANT'S OBJECTION TO REPORT OF HEARING AND ORDER RE: DISCOVERY DISPUTES

The defendant's objection to the December 11, 2015, Report of Hearing and Order Re: Discovery Disputes is **OVERRULED**. The Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

SO ORDERED.

DATED THIS 19TH DAY OF JANUARY, 2016

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE